**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1565**

JENNIFER PERKINS,

                Plaintiff - Appellant,

      v.

US AIRWAYS, INC.; US AIRWAYS GROUP; AMERICAN AIRLINES
GROUP, successor by merger with US Airways Inc.; US AIRWAYS HEALTH
BENEFIT PLAN,

                Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at
Greenville.  Bruce H. Hendricks, District Judge.  (6:14-cv-02577-BHH)

Submitted:  December 29, 2017                Decided:  January 19, 2018

Before NIEMEYER, SHEDD, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Nekki Shutt, Jacqueline M. Pavlicek, BURNETTE SHUTT & MCDANIEL, P.A.,
Columbia, South Carolina, for Appellant.  Shannon M. Barrett, Deanna M. Rice,
O'MELVENY & MYERS, LLP, Washington, D.C., for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jennifer Perkins appeals the district court's orders denying relief on her complaint asserting claims under the Employee Retirement Income Security Act of 1974, 29 U.S.C. §§ 1001-1461 (2012), and the Medicare Secondary Payer Act, 42 U.S.C. § 1395y(b) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Perkins v. US Airways, Inc.*, No. 6:14-cv-02577-BHH (D.S.C. Sept. 30, 2015; Aug. 10, 2016; Mar. 31, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*